IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

United States of America,                                                         Plaintiff

VS.                                                           Civil Action No. 1:10CV233LG-JMR

Ricky Amos                                                   Defendant

**CONSENT JUDGMENT**

The plaintiff and defendant, as shown by their signatures below, have agreed to this Consent Judgment for the disposition of claims asserted by the plaintiff herein;

1. The United States of America shall have and recover of and from the defendant, Ricky Amos, the sum of $80,000.00 plus post judgment interest which shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be compounded annually until paid in full. This judgment debt encompasses Defaulted Direct Consolidation Loan, Debt No. D200909017240401. The promissory note was executed on or about February 1, 1995.

2. Defendant agrees to pay a minimum of $400.00 per month on or before the first day of each month beginning November 2010. Defendant agrees to tender to the United States, a check or money order made payable to the Department of Justice, and mail to 188 East Capitol Street, Suite 500, Jackson, MS 39201. Payments will be made each month thereafter until the entire amount of principal, together with interest ~~and cost~~ *not* are paid in full;

3. This repayment agreement shall be subject to annual review and reconsideration upon submission by the Defendant of a current financial statement and supporting documentation.

4. The plaintiff, agrees that it will take no enforcement action on this Consent Judgment, provided said payments are made by defendant, as agreed;

5. Default under the terms of this Consent Judgment will entitle the plaintiff to execute on this judgment without notice to the defendant other than any notices which may be required by the Federal Debt Collection Procedures Act. 28 U.S.C. §3001, et seq.

IT IS HEREBY ORDERED AND ADJUDGED that the United States of America have and recover of and from the defendant, Ricky Amos, the sum of $80,000.00 plus post judgment interest which shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be compounded annually until paid in full.

ORDERED AND ADJUDGED this 16th day of November, 2010.

HONORABLE LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

APPROVED:

PSHON BARRETT                   11/3/10
Assistant U. S. Attorney        Date

                                10/30/10
Ricky Amos                      Date
Defendant