IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                                CAUSE NO. 1:10-cv-00233-LG-JCG

RICKY D. AMOS                                                                      DEFENDANT

WELLS FARGO & COMPANY                                                        GARNISHEE

## ORDER OF GARNISHMENT

This cause came on for consideration by the court on a Motion for Garnishment Order [16] filed, herein, by the United States pursuant to the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205.  The Court has considered the Motion and finds that it is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Garnishment Order [16] is **GRANTED**.  Garnishee shall turn over any and all funds being held for or in the name of Ricky Amos in deposit accounts numbered xxxxxxx50400, DDA account #xxxxxxxx35071, and DDA account # xxxxxxxx14229 and make said payments payable to the Department of Justice and mail payments to the U.S. Attorney's Office located at 501 E. Court Street, Suite 4.430, Jackson, MS 39201.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that after all funds have been paid to the United States Attorney's Office, the Writ of Continuing Garnishment issued November 17, 2014, [8] is hereby quashed.

**SO ORDERED AND ADJUDGED** this the 31st day of December, 2014.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge